**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION - LOS ANGELES**

| | |
|---|---|
| SIGNAL IP, INC., <br><br> Plaintiff, <br><br> v. <br><br> JAGUAR LAND ROVER NORTH AMERICA, LLC, <br><br> Defendant. | CASE NO. 2:14-03108 JAK (JEMx) <br><br> **ORDER DISMISSING CLAIMS OF INFRINGEMENT OF U.S. PATENTS NO. 6,434,486 AND 6,012,007 AGAINST DEFENDANT JAGUAR LAND ROVER NORTH AMERICA, LLC** <br><br> **JS-6** |

The Court has received the STIPULATION DISMISSING CLAIMS OF INFRINGEMENT OF U.S. PATENTS NO. 6,434,486 AND 6,012,007 AGAINST DEFENDANT JAGUAR LAND ROVER NORTH AMERICA, LLC. Good cause appearing, the stipulation is GRANTED. Accordingly, it is hereby ORDERED that all of Plaintiff Signal IP, Inc.'s claims for relief asserted against Defendant Jaguar Land Rover North America, LLC for infringement of U.S. Patent No.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 2:14-03108 JAK (JEMx)
ORDER DISMISSING THE
'486 PATENT AND THE '007 PATENT

6,434,486 or U.S. Patent No. 6,012,007 are dismissed with prejudice and each party shall bear its own costs, expenses, and attorney's fees incurred with respect to the foregoing patents in the action.

Signed this 4th day of December, 2014.

_____
Honorable John A. Kronstadt
U.S. District Court Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

CASE NO. 2:14-03108 JAK (JEMx)
ORDER DISMISSING THE
'486 PATENT AND THE '007 PATENT