# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGNAL IP, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware limited liability company<br><br>　　　　Defendant. | Case No. 2:14-cv-03108-JAK-(JEMx)<br><br>Hon. John A. Kronstadt<br><br>**ORDER GRANTING STIPULTION TO DISMISS CASE WITH PREJUDICE** JS-6 |

1   CAME ON THIS DAY for consideration of the Stipulated Motion for
2 Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff
3 Signal IP. Inc. and defendant Jaguar Land Rover North America, LLC in this case,
4 and the Court being of the opinion that said motion should be GRANTED, it is
5 hereby
6   ORDERED. ADJUDGED AND DECREED that all claims asserted in this
7 suit between plaintiff Signal IP. Inc. and defendant Jaguar Land Rover North
8 America, LLC arc hereby dismissed with prejudice, subject to the terms of that
9 certain agreement entitled **AGREEMENT** and dated April 1, 2015.
10   It is further ORDERED that all attorneys' fees and costs are to be borne by
11 the party that incurred them and neither party shall be required to pay any costs,
12 attorney fees or other expenses of the other party that are associated with the matters
13 settled by this Stipulated Motion for Dismissal with Prejudice.

DATED: May 11, 2015

_____
Hon. John A. Kronstadt
U.S. District Judge